

December 5, 2024

District Clerk
United States District Court
Northern District of Texas, Abilene Division County

    Re:    Mediation of *Brenden Stanislaus v. Tokai Carbon CB, Ltd.*; Cause No. 1:23-cv-00206; In the United States District Court; Northern District of Texas, Abilene Division.

To Whom it May Concern:

    Pursuant to the Court's November 13, 2023 Scheduling Order, the Court is advised that the referenced case settled at mediation. The parties are finalizing the settlement documents.

    Respectfully submitted,

    DONALD R. PHILBIN, JR., P.C.

    By: _____
        Donald R. Philbin, Jr.

| | |
|---|---|
| Austin P. Campbell<br>acampbell@robwiley.com<br><br>*Attorneys for*<br>*Brenden Stanislaus* | Karen C. Denney<br>karen.denney@haynesboone.com<br>Haynes and Boone, LLP<br><br>*Attorneys for*<br>*Tokai Carbon CB, Ltd.* |