IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BRENDEN STANISLAUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TOKAI CARBON CB, LTD., | ) |
| | ) |
| Defendant. | )  Civil Action No. 1:23-CV-206-C |

**ORDER**

The Court notes that the Parties have filed a Notice of Mediation Settlement as to all claims asserted in the above-styled and -numbered civil action.

As such, the above-styled and -numbered civil action is **ADMINISTRATIVELY CLOSED**. The Parties shall file dismissal documents within 30 days from the date of this Order.

SO ORDERED this 9th day of December, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE