IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BRENDEN STANISLAUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TOKAI CARBON CB, LTD., | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:23-CV-206-C |

## ORDER

The Court notes that the Parties have filed a Stipulation of Dismissal in the above-styled and -numbered civil action.

As such, all claims in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** and with each Party to bear its own costs and fees.

SO ORDERED this 31st day of December, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE